AUSA Tamera Fine

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ❏ Original  ❏ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
2802 Remington Avenue ) Case No. 22-mj-1115-MJM
Baltimore, MD 21211 )
)
)

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

2:33 pm, May 12 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

**WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of ___Maryland___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ___April 26, 2022___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*  ❏ until, the facts justifying, the later specific date of _____.

Date and time issued: ___4/12/22 at 5:00 pm___                 _____
                                                                *Judge's signature*

City and state: ___Baltimore, MD___                            Honorable Matthew J. Maddox
                                                                *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>22-mj-1115-MJM | Date and time warrant executed:<br>4/15/22 @ approximately 11:00 am | Copy of warrant and inventory left with:<br>DALE MCCLINTON |
| Inventory made in the presence of : DALE MCCLINTON | | |

Inventory of the property taken and name(s) of any person(s) seized:

   I. Dell Latitude 5490 Laptop (Barcode : 004366057, Serial Number: 226LZQ2)
   II. IRS PIV Card (Name: DALE MCCLINTON)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/15/22

*Executing officer's signature*

Special Agent Adam Cowan

*Printed name and title*

**ATTACHMENT A**

2802 Remington Ave is a row house located in Baltimore, MD.  The house is blue with a blue door and white windows.  The numbers "2802" are visible in white letters on the door.



.

## ATTACHMENT B

I. Dell Latitude 5490 Laptop (Barcode : 004366057, Serial Number: 226LZQ2)

II. IRS PIV Card (Name: DALE MCCLINTON)

1